IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIKE, INC.,<br><br>　　　　　Plaintiff,<br>v.<br><br>YELLOWPODS2 STORE, et al,<br><br>　　　　　Defendants. | Case No. 20-cv-06038<br><br>**Judge Gary Feinerman**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff Nike, Inc. ("Plaintiff" or "Nike") hereby dismisses this action with prejudice as to the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| ENYHomie | 93 |
| UJIMS | 147 |
| DSBL | 150 |
| jiaomeimuyinghuli | 176 |

Dated this 15th day of January 2021.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ RiKaleigh C. Johnson
　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　RiKaleigh C. Johnson
　　　　　　　　　　　　　　　　　　Jake M. Christensen
　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　rjohnson@gbc.law
　　　　　　　　　　　　　　　　　　jchristensen@gbc.law

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Nike, Inc.*