**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NIKE, INC.,

        Plaintiff,

v.

YELLOWPODS2 STORE, et al,

        Defendants.

Case No. 20-cv-06038

**Judge Gary Feinerman**

**Magistrate Judge Gabriel A. Fuentes**

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff Nike, Inc. ("Plaintiff" or "Nike") hereby dismisses this action without prejudice as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| MTHTRE | 78 |

Dated this 15th day of January 2021.

Respectfully submitted,

/s/ RiKaleigh C. Johnson
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiff Nike, Inc.*